Southern Exchange Bank *v.* First National Bank of Dublin.

Gilbert, J.  The question propounded by the Court of Appeals consists of a copy of the petition in a case, with the exception of the formal parts, including a contract attached to the petition as an exhibit, and concludes with the inquiry: "Under the facts and circumstances set forth in the petition, did the defendant national bank have the power to make the above-stated contract?"  The only question raised in the case is whether the trial court erred in "sustaining the general demurrer of the defendant and dismissing the petition of plaintiff."  A proper ruling upon the assignment of error on that judgment depends solely upon a determination of the question, "did the defendant national bank have the power to make the above-stated contract?"  To answer that question is to decide the entire case which involves a mixed question of law and fact; and under repeated rulings of this court, "where a certified question of law does not propound a distinct issue of law, but in effect calls for a decision of the whole case, this court need not  .  .  answer it."  No unmixed question of law being presented, we do not answer the question propounded.  *Lynch* v. *Southern Express Co.,* 146 *Ga.* 68 (4) (90 S. E. 527) ; *Johnston* v. *Brenau College,* 146 *Ga.* 182 (6) (91 S. E. 85) ; *Louisville &c. R. Co.* v. *Hood,* 149 *Ga.* 829 (2), 834 (102 S. E. 521) ; *English* v. *Rosenkrantz,* 150 *Ga.* 817 (105 S. E. 613) ; *Washington &c. Co.* v. *Stanton,* 157 *Ga.* 885 (2) (123 S. E. 612) ; *Bull* v. *Carpenter,* 158 *Ga.* 360 (123 S. E. 614).     *All the Justices concur.*

*T. W. Hardwick, J. S. Adams,* and *Hightower & New,* for plaintiff.

*Burch & Daley,* for defendant.

